UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RONALD TEESALE,<br><br>           Defendant. | No.  2:22-cr-00134-DJC |
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>     v.<br><br>JOSHUA IVARSON,<br><br>           Defendant. | No.  2:24-cr-00301-DJC<br><br><br>RELATED CASE ORDER |

The Court received the Notice of Related Cases filed in both of the above-captioned actions.  Examination of the above-entitled actions reveals that both actions are related within the meaning of Eastern District of California Local Rules 123(a)(3) and 123(a)(4).  The matters are related under Local Rule 123(a)(3) because the two actions share a common set of facts, witnesses, and evidence.  The matters are also

1  related under Local Rule 123(a)(4) because keeping the cases assigned to the same
2  District Judge would avoid a substantial duplication of labor.
3      Because the cases are already assigned to the same district judge, this Order is
4  issued for informational purposes only and shall have no effect on the status of the
5  cases nor their case captions.

    IT IS SO ORDERED.

Dated: **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

teesdale22cr00134.related_cases

2