TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JOSHUA IVARSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOSHUA IVARSON,<br><br>      Defendant. | No. 2:24-cr-0301 DJC<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JASON HITT, and the Defendant, JOSHUA IVARSON, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    By previous order, this matter was set for sentencing before Judge Daniel J. Calabretta on January 29, 2026.

2.    By this stipulation, the defendant now moves to reset the sentencing from January 29, 2026 to February 12, 2026.

3.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

1

a.    According to the PSR disclosure dates, all deadlines have been met and filed on time.

b.    Counsel for Mr. Ivarson has had a family emergency which requires her to travel out-of-state this week.

c.    Mr. Ivarson is  housed at the Butte County Jail. This facility does not have any Zoom or remote type of visit options, so counsel needs to travel to Butte County to visit Mr. Ivarson.

d.     Counsel for the defendant requires additional time to thoroughly meet with her client, and to discuss the upcoming sentencing.

e.    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f.    The government and probation do not object to the continuance.

g.    Based on the above, the defense requests the following new sentencing date of February 12, 2026.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  January 21, 2026            by:    /s/Tasha Chalfant for
                                           JASON HITT
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

Dated:  January 21, 2026            by:    /s/Tasha Chalfant
                                           TASHA CHALFANT
                                           Attorney for Defendant
                                           JOSHUA IVARSON

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

2

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for January 29, 2026 be continued to February 12, 2026, at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 21st day of January 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE